Argued and submitted October 31, affirmed December 4, 1991, reconsideration denied March 18, petition for review denied May 26, 1992 (313 Or 299)

In the Matter of
a Notice of Determination of
Bible Temple.

BIBLE TEMPLE,
*Petitioner,*

*v.*

EMPLOYMENT DIVISION,
*Respondent.*

(86-T-01068; CA A67126 (Control))

In the Matter of
Notices of Determination of
First Baptist Church of Scappoose,
South Lake Christian Center,
Christian Assembly Church,
Hood River Bible Fellowship,
Open Door Baptist Church, Garden Way Church,
Faith Christian Fellowship, Country Church School,
Community Bible Church, Assembly of God,
Christ's Center Church, Tillamook Christian School,
Pendleton Baptist Church Baptist Christian School,
Interfaith Christian Center, First Assembly of God,
Crossroads Church of Christ,
Newberg Open Bible School,
Baker Valley Christian Assembly
and New Life Christian Academy.

OPEN DOOR BAPTIST CHURCH,
Garden Way Church, Country Church School,
Community Bible Church, Assembly of God,
Christ's Center Church, Tillamook Christian School,
Interfaith Christian Center, First Assembly of God,
Crossroads Church of Christ,
Newberg Open Bible School,
Baker Valley Christian Assembly
and New Life Christian Academy,
*Petitioners,*

*v.*

EMPLOYMENT DIVISION,
*Respondent.*

(86-T-0110, 86-T-0109, 86-T-0152, 86-T-0100, 86-T-0102, 86-T-0080, 86-T-0159, 86-T-0148, 86-T-0130, 86-T-0108, 86-T-0150, 86-T-0094; CA A67130)
(Cases Consolidated)
820 P2d 468

Charles E. Craze, Menlo Park, California, argued the cause for petitioners. With him on the brief were Robin S. Hom, Charlotte A. Cover and Gibbs & Craze Co., L.P.A., Menlo Park, California, and Kelly E. Ford, Beaverton.

Robert M. Atkinson, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

Affirmed. *Employment Div. v. Rogue Valley Youth for Christ*, 307 Or 490, 770 P2d 588 (1989); *Salem College & Academy, Inc. v. Emp. Div.*, 298 Or 471, 487 n 12, 695 P2d 25 (1985); *Archdiocese of Portland v. Employment Div.*, 108 Or App 495, 814 P2d 566 (1991).